# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 98-4069

———————

Roy Duane Reha; David Lee Waddell,  *
                                  *

             Appellants,     *    Appeal from the United States
                                  *    District Court for the Southern
    v.                     *    District of Iowa.
                                  *

Hardee's Food Systems, Inc., sued as  *       [UNPUBLISHED]
Hardee's Restaurants Inc.,         *
                                  *

             Appellee.      *

———————

Submitted:  April 21, 1999
Filed:  April 22, 1999

———————

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

———————

PER CURIAM.

Roy Duane Reha and David Lee Waddell appeal the district court's order dismissing Reha's and Waddell's complaint after they failed to comply with the court's order directing them to submit an amended complaint in compliance with Federal Rule of Civil Procedure 8(a).  The district court warned Reha and Waddell that their complaint would be dismissed if they failed to comply with Rule 8(a), and having reviewed the record, we find no abuse of discretion.  See Mangan v. Weinberger, 848 F.2d 909, 911 (8th Cir. 1988), cert. denied, 488 U.S. 1013 (1989).  We affirm the district court.  See 8th Cir. R. 47B.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.